UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE THOMAS, SR. et al.,<br>Plaintiffs,<br><br>v.<br><br>MOLLY COOPER,<br>Defendant. | Case No. 26-13631<br>Honorable Shalina D. Kumar<br>Magistrate Curtis Ivy, Jr. |

**ORDER STRIKING COMPLAINT**

Plaintiffs George Thomas, Sr. and Katherine Thomas ("Plaintiffs") initiated this civil case against defendant Molly Cooper. ECF No. 1. Under Federal Rule of Civil Procedure 5.2(a)(3), any court filings that include "the name of an individual known to be a minor. . . may include only . . . the minor's initials." Because Exhibit A to Plaintiffs' complaint, ECF No. 1-2, PageID.21, refers to a minor, K.C., by his full name, the complaint is **STRICKEN**. Counsel is afforded **seven (7) business days** from the entry of this Order to revise the pleadings such that they conform with the rule and to refile them.

**IT IS SO ORDERED**.

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: September 25, 2026